WILLIAM G. TYLER, Appellant, *v.* HOUK MANUFACTURING
COMPANY, Respondent, Impleaded with Another.

*Negligence — personal injuries from coming in contact with electric
wiring.*

*Tyler* v. *Houk Mfg. Co.*, 174 App. Div. 925, affirmed.

(Argued April 21, 1920; decided May 7, 1920.)

APPEAL from a judgment, entered July 12, 1916, upon
an order of the Appellate Division of the Supreme Court
in the fourth judicial department, reversing, as to
defendant, respondent, a judgment in favor of plaintiff
entered upon a verdict and directing a dismissal of the
complaint as to it in an action to recover for personal
injuries alleged to have been sustained by plaintiff through
the negligence of defendant. Plaintiff was in the employ
of defendant Republic Engineering and Construction
Company as a steamfitter's helper, and while engaged
in installing a heating plant in defendant, respondent's
factory came in contact with electric wiring and received
a shock, occasioning the injuries complained of.

*Carlos C. Alden* and *John F. Ryan* for appellant.

*Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, CRANE and ANDREWS, JJ.